Hank Rugeley
State Bar No. 17382900
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

ATTORNEYS FOR TEXOMA COMMUNITY CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTIE LYNN POWELL | § | CASE NO. 10-70537-HDH-13 |
| | § | |
| DEBTOR. | § | |

## WITNESS AND EXHIBIT LIST

Texoma Community Credit Union files this its Witness and Exhibit List:

**Witnesses:**

1.  Wayne Mansur, Texoma Community Credit Union, P.O. Box 1320, Wichita Falls, Texas 76307.

2.  Ken Thomason, Texoma Community Credit Union, P.O. Box 1320, Wichita Falls, Texas 76307.

3.  Tara Neal,  Texoma Community Credit Union, P.O. Box 1320, Wichita Falls, Texas 76307.

**Exhibits:**

1.  Permanent Security Agreement Plus.

2.  Open-End Plan Signatures Plus.

3.  Open-End Disbursement Receipt Plus dated April 1, 2010.

4.  Open-End Disbursement Receipt Plus dated September 28, 2010.

5.       Open-End Disbursement Receipt Plus dated October 21, 2010.

6.       NADA Vehicle Evaluation.


Exhibits are being hand delivered to Debtor's counsel.

       Date:    December 29, 2010.


                                        Respectfully submitted,

                                        **DAVISON RUGELEY, L.L.P.**
                                        900 Eighth Street, Suite 1102
                                        P. O. Drawer 99
                                        Wichita Falls, Texas 76307
                                        (940) 766-1388
                                        (940) 766-5396 – FAX


                                        By: */s/ Hank Rugeley*
                                              Hank Rugeley
                                              State Bar No. 17382900

                                        ATTORNEYS FOR
                                        TEXOMA COMMUNITY CREDIT UNION

                        **CERTIFICATE OF SERVICE**

       I hereby certify that on December 29, 2010, a true and correct copy of the foregoing was
served on all parties of record via ECF or first class mail as follows:

Monte J. White                          U. S. Trustee
Monte J. White & Associates, P.C.       1100 Commerce Street, Room 976
1106 Brook Avenue                       Dallas, Texas 75242-1496
Wichita Falls, Texas 76301

Mr. Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, Texas 79424


                                        */s/ Hank Rugeley*
                                        Hank Rugeley

P:\HLR\Texoma Community Credit\20071.101 Powell\Pleadings\witness and exhibit list.wpd